CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
AUG 0 2 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILLIAM VERRINDER<br><br>*Plaintiff,*<br><br>v.<br><br>RITE AID CORPORATION,<br><br>*Defendant.* | CIVIL ACTION No. 3:06-CV-00024<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Defendant's motion to dismiss Plaintiff's Amended Complaint is granted in part and denied in part. Count One of Plaintiff's Amended Complaint is hereby DISMISSED; however, Plaintiff may proceed on his claims for defamation per se.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to Plaintiff and to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

Aug. 2, 2006
Date

10